HANDY and others. v. LEAVITT and others.

---

In a partition of property, where infants represent a share, their separate proportions of it should be severed and set out to them respectively; and it is not enough merely to set aside, for them collectively, the share of their ancestor.

---

APPLICATION for a partition. The property had belonged to four persons; one died; and left four infant children. The counsel asked, that the division should be made amongst four, giving one fourth to the infants collectively, instead of extending the partition amongst these infants.

THE VICE-CHANCELLOR considered that the partition should be thorough, so as to give to each child his individual share and not leave an entire fourth amongst them collectively; and it was so decreed.